**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

UNITED STATES OF AMERICA

vs.   CASE NO. 6:08-CR-110-ORL-19DAB

GABRIEL ROSAS

ORDER

This case having been considered by the Court on Report and Recommendation Concerning Plea of Guilty (Doc. No. 354, filed June 25, 2008) and no objection thereto having been filed, it is **ORDERED:**

1. The Report and Recommendation of the United States Magistrate Judge (Doc. No. 354) is **ACCEPTED, AFFIRMED AND ADOPTED.**

2. Defendant Gabriel Rosas has entered a plea of guilty to Count Seven of the Indictment knowingly, intelligently and voluntarily. Such plea is accepted, and Defendant is adjudicated guilty of Count Seven of the Indictment.

3. Ruling on acceptance of the Plea Agreement (Doc. No. 312, filed June 24, 2008) is deferred until the time of sentencing.

**DONE AND ORDERED** at Orlando, Florida, this ___8th___ day of July, 2008.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
Assistant United States Attorney
Attorney for Defendant

    United States Marshal
    United States Probation
    United States Pretrial Services
    Defendant
    Courtroom Deputy